# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF WEST FACE CAPITAL INC. FOR AN ORDER GRANTING LEAVE TO ISSUE DOCUMENT SUBPOENAS PURSUANT TO 28 U.S.C. § 1782<br><br>        Applicant. | Case No. 1:18-mc-91309-LTS |

## [PROPOSED] ORDER

This matter having come before the Court upon the application of West Face Capital Inc. ("West Face") pursuant to 28 U.S.C. § 1782 for leave to issue subpoenas to Endurance International Group Holdings, Inc., Endurance International Group, Inc., and iPage Hosting LLC (collectively, "Endurance"), due notice having been given to Endurance and the Court having received no objection from Endurance, and the Court having reviewed West Face's application and accompanying memorandum of law, the Declaration of Kathryn L. Alessi, and the July 6, 2018 letter rogatory issued from the Ontario Superior Court of Justice, Commercial List, in Toronto, Ontario, Canada requesting this Court's judicial assistance in obtaining evidence for a civil lawsuit, and the Court having found that West Face's application satisfies the requirements and discretionary factors of 28 U.S.C. § 1782 for the reasons stated in West's application and accompanying memorandum of law, the Court hereby ORDERS:

IT IS ORDERED that West Face is granted leave to issue to Endurance document subpoenas in the form attached to West Face's application, and this Court retains jurisdiction to address any disputes that may arise over the enforcement of the subpoenas.

Dated: 7/24/2018                              /s/ Leo T. Sorokin
                                                                           United States District Judge

## **CERTIFICATE OF SERVICE**

I, Kathryn L. Alessi, hereby certify that I am causing a copy of the foregoing proposed Order to be personally served on the following parties:

>CT Corporation System
>As Registered Agent of Endurance International Group Holdings, Inc. and Endurance International Group, Inc.
>155 Federal St., STE 700
>Boston, Massachusetts 02110

And to be sent by U.S. Mail to the following parties:

>Jeffrey Fox, President
>Endurance International Group Holdings, Inc.
>Endurance International Group, Inc.
>iPage Holdings, LLC
>10 Corporate Drive, Suite 300
>Burlington, Massachusetts 01803

And to be sent by Email to the following parties:

>Jenessa Smith (legal@ipage-inc.com)
>Endurance International Group Holdings, Inc.
>Endurance International Group, Inc.
>iPage Holdings, LLC

*/s/ Kathryn L. Alessi*